IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-00199 |
| ) | JUDGE HAYNES |
| JAMES WILBERT GRAY, ) | |
| ) | |
| Defendant. ) | |

ORDER

The plea hearing is set in this action for **Monday, November 19, 2012 at 10:30 a.m.**

It is so **ORDERED**.

**ENTERED** this the 22nd day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge

1