IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00199 Chief Judge Haynes |
| JAMES WILBERT GRAY, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

The sentencing hearing is set in this action for **Friday, February 8, 2013 at 3:00 p.m.** By **Friday, January 25, 2013** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing by. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the ___19th___ day of November, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court